UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VANCE GARDNER, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>RUNWAY AI, INC.,<br><br>                    Defendant. | No. CV 26-1941-DMG (AYPx)<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3) [18]** |

Plaintiff David Vance Gardner ("Plaintiff") and Defendant Runway AI, Inc. ("Runway) (together, "the Parties"), filed a STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3), which requests that the deadline for Runway to respond to the Complaint be extended until May 25, 2026.

The Court, having considered the Stipulation and finding good cause, hereby APPROVES the Stipulation and ORDERS that Runway shall have until May 25, 2026, to respond to the Complaint.

**IT IS SO ORDERED.**

Dated:  March 26, 2026

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE