**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VANCE GARDNER, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>RUNWAY AI, INC.,<br><br>                    Defendant. | No. CV 26-1941-DMG (AYPx)<br><br>**ORDER RE STIPULATION TO TRANSFER ACTION TO UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK [21]** |

- 1 -

Plaintiff David Vance Gardner ("Plaintiff") and Defendant Runway AI, Inc. ("Runway) (together, "the Parties"), filed a STIPULATION TO TRANSFER THIS ACTION TO UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, which requests that the Court transfer this Action to the United States District Court, Southern District of New York, in accordance with the first-to-file doctrine and 28 U.S.C. § 1404. [Doc. # 21.] The parties seek to consolidate this action with *Ace Cam Inc.*, Civ. No. 26-1362 (S.D.N.Y.) and *Businessing LLC*, Civ. No. 26-1655 (S.D.N.Y.). [*Id.* at ¶ 11.]

The Court, having considered the Stipulation and finding that transfer is warranted under the first-to-file doctrine and 28 U.S.C. § 1404, hereby **APPROVES** the Stipulation and **TRANSFERS** the Action to the United States District Court, Southern District of New York.

**IT IS SO ORDERED.**

DATED:  May 20, 2026

_____
DOLLY M. GEE
Chief United States District Judge